**Order entered October 29, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01357-CV

### IN RE WALTER CORTEZ, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-30378-V**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     MOLLY FRANCIS
        JUSTICE